■ In the Matter of MILTON RUFFIN, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [938 NYS2d 494]

Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.